# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DEGORSKI, | ) | |
| | ) **DOCKETED** | |
| Plaintiff, | ) MAY 1 3 2004 | Case No: **04C 3367** |
| v. | ) | COMPLAINT FOR |
| | ) | VIOLATION OF CIVIL RIGHTS |
| Cook County Department of Corrections | ) | |
| Officer **THOMAS WILSON**, | ) | JUDGE SHADUR |
| Individually; Cook County Department of | ) | |
| Corrections Officer **CHESTER KOCH**; | ) | MAGISTRATE SIDNEY I. SCHENKIER |
| Cook County Sheriff, **MICHAEL F. SHEAHAN** | ) | |
| and **COOK COUNTY**, | ) | |
| | ) | |
| Defendants. | ) | |

FILED-ED4
04 MAY 12 PM 2:30
U.S. DISTRICT COURT

## JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 [42 U.S.C. Section 1983]. This Court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343 and 1331.

2. Venue is founded in this judicial Court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

## PARTIES

3. At all times herein mentioned, Plaintiff JAMES DEGORSKI was and now is a citizen of the United States and resides within the jurisdiction of this Court.

4. At all times herein mentioned, Defendant Cook County Deputy THOMAS WILSON, ("WILSON"), was employed by the Cook County Sheriff's Department, and was acting under color of state law and as the employee, agent, or representative of the Cook County Sheriff's Department. This officer is being sued in his individual/personal capacity.



5. At all times herein mentioned, Defendant Cook County Deputy CHESTER KOCH, ("KOCH"), was employed by the Cook County Sheriff's Department, and was acting under color of state law and as the employee, agent, or representative of the Cook County Sheriff's Department. This officer is being sued in his individual/personal capacity.

6. At all times herein mentioned, COOK COUNTY is empowered and directed to pay any judgment for compensatory damaged (and associated attorneys' fees and costs) for which any Cook County Sheriff's Department deputy, including Defendants WILSON and KOCH, acting within the scope of his/her employment is found liable. Accordingly, COOK COUNTY is an indemnification party to Count III of this Complaint.

7. At all times herein mentioned COOK COUNTY SHERIFF, MICHAEL F. SHEAHAN ("SHEAHAN"), was elected Sheriff of Cook County, and was responsible for the day to day operations of the Cook County Jail, including his employees' and Sheriff Deputy Brown. Sheahan in his capacity as Cook County Sheriff existed as such under the laws of the State of Illinois, and the United States.

## FACTUAL ALLEGATIONS

8. On or about May 18, 2002, Plaintiff was a pre-trial detainee at the Cook County Department of Corrections, located at 2700 South California Avenue, Chicago, Illinois.

9. On or about May 18, 2002, Defendant WILSON and Defendant KOCH were both on duty at the Cook County Department of Corrections.

10. At the same time and place, Defendant WILSON punched Plaintiff in the face multiple times, causing a fracture to Plaintiff's left cheekbone and orbital socket and damaging Plaintiff's eyesight.

2

11. At all times relevant, no legal cause existed for Defendant WILSON to punch Plaintiff in the face.

12. At all times relevant, Plaintiff did not consent to being punched in the face by Defendant WILSON.

13. Plaintiff is informed and believes and alleges thereon that Defendant KOCH was in the immediate vicinity of Defendant WILSON as he beat Plaintiff, but failed to protect Plaintiff from the unconstitutional acts of Defendant WILSON, despite the reasonable ability to do so.

14. By reason of the aforementioned acts and omissions of Defendants, Plaintiff sustained physical injuries, humiliation, and indignities. Plaintiff suffered great physical, mental, and emotional pain and suffering proximately caused by Defendants in an amount to be ascertained.

15. The aforementioned acts of Defendants were willful, wanton, malicious, oppressive, and done with reckless indifference to and/or callous disregard for Plaintiff's rights, and they justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

16. By reason of the aforementioned acts and omissions of Defendants, Plaintiff was required to retain an attorney to institute, prosecute, and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights. By reason thereof, Plaintiff requests payment by Defendants of a reasonable sum of attorneys' fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act, or any other provision set by law.

## COUNT I
**Plaintiff Against Defendant WILSON for**
**EXCESSIVE FORCE**

17. Plaintiff hereby incorporates and realleges Paragraphs one (1) through sixteen (16) heretofore as though fully set forth at this place.

18. By reason of Defendant WILSON's conduct, Plaintiff was deprived of rights, privileges, and immunities secured to him by the Fourth and/or Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

19. The physical violence inflicted upon Plaintiff by Defendant WILSON was excessive, unnecessary, and unreasonable, and therefore was in violation of Plaintiff's Fourth and or Fourteenth Amendment Rights.

20. Therefore, Defendant WILSON is liable to Plaintiff pursuant to 42 U.S.C. Section 1983.

## COUNT II
**Plaintiff Against Defendant KOCH for**
**FAILURE TO PROTECT**

21. Plaintiff hereby incorporates and realleges Paragraphs one (1) through sixteen (16) heretofore as though fully set forth at this place.

22. By reason of Defendant KOCH's failure to protect Plaintiff from excessive force, despite a reasonable ability to do so, Plaintiff was deprived of rights, privileges, and immunities secured to him by the Fourth and/or Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

23. Therefore, Defendant KOCH is liable to Plaintiff pursuant to 42 U.S.C. Section 1983.

## COUNT III
**Plaintiff Against COOK COUNTY for INDEMNIFICATION**

24. Plaintiff hereby incorporates and realleges Paragraphs one (1) through twenty-two (22) heretofore as though fully set forth at this place.

25. Pursuant to 745 ILCS 10/9 – 102, 55 ILCS 5/4 – 6003, and 55 ILCS 5/5 – 1106, COOK COUNTY is empowered and directed to pay any judgment for compensatory damages (and any associated attorneys' fees and costs) for which an independently elected Cook County officer, such as the Cook County Sheriff and its deputies, including Defendants WILSON and KOCH, acting within the scope of his/her employment is found liable.

26. The acts and/or omissions of Defendants WILSON and KOCH were committed within the scope of their employment.

27. In the event that a judgment for compensatory damages is entered against Defendant WILSON and/or Defendant KOCH, COOK COUNTY must pay the judgment as well as the associated attorneys' fees and costs.

## COUNT IV
**Plaintiff Against Sheahan and Wilson, For the Supplemental State Law Claim of Assault and Battery, and Willful and Wanton Conduct**

28. Plaintiff hereby incorporates and realleges paragraphs one (1) through fourteen (14) hereat as though fully alleged at this place.

29. On May 18, 2002, the defendants owed a duty of care to Plaintiff to exercise reasonable care in their interaction with plaintiff.

30. In disregard of this duty, the Defendants acted intentionally, and willfully and wantonly wrong in doing the following:

   a) assaulting plaintiff;

   b) battering plaintiff;

   c) causing the emotional distress of plaintiff; and

   d) Sheahan, pursuant to the principle of *respondiat superior*, is responsible for the wrongful conduct of its deputies as alleged above.

31. All of the above was done without legal cause.

32. As a result of the foregoing plaintiff was injured as set forth above.

WHEREFORE, Plaintiff JAMES DEGORSKI, by and through his attorneys, ED FOX & ASSOCIATES, requests judgment as follows against Defendants on all claims:

1. That Defendants be required to pay Plaintiff general damages, including emotional distress, in a sum to be ascertained;

2. That Defendants be required to pay Plaintiff special damages;

3. That Defendants be required to pay Plaintiff's attorneys' fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act, or any other applicable provision;

4. That Defendants be required to pay Plaintiff punitive and exemplary damages in a sum to be ascertained;

5. That Defendants be required to pay Plaintiff costs of the suit herein incurred; and

6. That Plaintiff has such other and further relief as this Court may deem just and proper.

Dated:   May 12, 2004     By: _____
                              Edward M. Fox


ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams Street, Suite 330
Chicago, Illinois 60606
(312) 345-8877

Civil Cover Sheet            Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED-ED4
04 MAY 12 PM 2:30
U.S. ... CLERK

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** JAMES DEGORSKI

DOCKETED MAY 1 3 2004

**Defendant(s):** Cook County Department of Corrections Officer THOMAS WILSON, Individually; Cook County Department of Corrections Officer CHESTER KOCH; Cook County Sheriff MICHAEL F. SHEAHAN and Cook County

**County of Residence:**

**Plaintiff's Atty:** Edward M. Fox
Ed Fox & Associates
300 W. Adams St., Ste 330, Chicago, IL 60606
312-345-8877

**County of Residence:**

**Defendant's Atty:**

JUDGE SHADUR

04C 3367

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties**
(Diversity Cases Only)
    Plaintiff:- N/A
    Defendant:- N/A

MAGISTRATE SIDNEY I. SCHENKIER

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 440 Other Civil Rights

**VI. Cause of Action:** 42 U.S.C. Section 1983- Violation of Civil Rights

**VII. Requested in Complaint**
    Class Action: No
    Dollar Demand:
    Jury Demand: No

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: [signed]
Date: 5-12-04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**    Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm      5/11/2004

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

JAMES DEGORSKI
v.
Cook County Department of Corrections
Officer THOMAS WILSON, Individually; Cook County Department of Corrections
Officer CHESTER KOCH; Cook County Sheriff MICHAEL F. SHEAHAN and
COOK COUNTY.

Case Number: 04C 3367

FILED-ED4
04 MAY 12 PM 2:30
CLERK
U.S. DISTRICT COURT

DOCKETED MAY 1 3 2004

JUDGE SHADUR
MAGISTRATE SIDNEY I. SCHENKIER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
Plaintiff

**(A)**
SIGNATURE: [signed]
NAME: Edward M. Fox
FIRM: ED FOX & ASSOCIATES
STREET ADDRESS: 300 W. Adams Street, Suite 330
CITY/STATE/ZIP: Chicago, Illinois 60606
TELEPHONE NUMBER: (312) 345-8877
FAX NUMBER: (312) 853-3489
E-MAIL ADDRESS: efox@efox-law.com
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 06205330
MEMBER OF TRIAL BAR? YES ☒ NO ☐
TRIAL ATTORNEY? YES ☒ NO ☐

**(B)**
SIGNATURE: [signed]
NAME: Garrett W. Browne
FIRM: ED FOX & ASSOCIATES
STREET ADDRESS: 300 W. Adams Street, Suite 330
CITY/STATE/ZIP: Chicago, Illinois 60606
TELEPHONE NUMBER: (312) 345-8877
FAX NUMBER: (312) 853-3489
E-MAIL ADDRESS: gbrowne@efox-law.com
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 06242592
MEMBER OF TRIAL BAR? YES ☒ NO ☐
TRIAL ATTORNEY? YES ☒ NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

**(C)**
SIGNATURE:
NAME:
FIRM:
STREET ADDRESS:
CITY/STATE/ZIP:
TELEPHONE NUMBER:
FAX NUMBER:
E-MAIL ADDRESS:
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR? YES ☐ NO ☐
TRIAL ATTORNEY? YES ☐ NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

**(D)**
SIGNATURE:
NAME:
FIRM:
STREET ADDRESS:
CITY/STATE/ZIP:
TELEPHONE NUMBER:
FAX NUMBER:
E-MAIL ADDRESS:
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR? YES ☐ NO ☐
TRIAL ATTORNEY? YES ☐ NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐