**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES DEGORSKI**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 04 C 3367 |
| | ) | |
| v. | ) | |
| | ) | |
| Cook County Department of Corrections | ) | Honorable Robert M. Dow |
| Officer **THOMAS WILSON,** | ) | |
| Individually; Cook County Department of | ) | |
| Corrections Officer **CHESTER KOCH**; | ) | |
| Cook County Sheriff**, MICHAEL F. SHEAHAN** | ) | |
| and **COOK COUNTY**, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW**

Plaintiff's counsel, Edward Fox and Garrett W. Browne, of Ed Fox & Associates, hereby brings this motion to withdraw as attorneys of record. In support of this motion, Plaintiff's counsel states as follows:

1. Counsel have been attorneys for Plaintiff since the filing of this matter when Plaintiff was a pre-trial detainee.

2. Plaintiff was recently convicted on certain murder charges.

3. Plaintiff has not contacted counsel in a long period of time. Counsel has tried to contact Plaintiff through writing him, but has received no response.

4. Counsel is unable to continue to represent Plaintiff because of the lack of contact (as well as others reasons that cannot be discussed).

5. Counsel is informed that Plaintiff is now located at the **Menard Correctional Center,** 711 Kaskaskia Street, P.O. Box 711, Menard, Il 62259. His inmate name and number is reported to be: M09414 - DEGORSKI, JAMES.

6. This motion has been sent to Plaintiff at the address in the preceding paragraph.

WHEREFORE, Council for Plaintiff, Edward Fox and Garrett W. Browne of Ed Fox & Associates, hereby request that this motion be granted and that they be given leave to withdraw as attorneys of record.

/s Edward M. Fox_____
Edward M. Fox, attorney for Plaintiff
Ed Fox & Associates
300 West Adams Street
Suite 330
Chicago, IL 60606
(312) 345-8877
Email: efox@efox-law.com