MHN

04CV3367

Dear Judge,

I'm trying to get a "pro bono" lawyer to take my case since I got your letter in Feb '10. I was tied up in trial - then went on a court writ, where they didn't forward even my "legal mail". I don't understand any of the legal letters, so I'm still trying to get a lawyer. By trade I'm a carpenter or mechanic. "Jailhouse lawyers" are not a option, I don't trust any of them. Can you keep in touch with me till I get a lawyer?

Thanks,
James Degorski M09414
04 C 3367

04C 3367

FILED
7-20-2010
JUL 20 2010
Judge Robert M. Dow, Jr.
United States District Court

James Degorski MO4414
Box 711
Menard, IL 62259

Legal Mail

THIS CORRESPONDENCE IS
FROM AN INMATE OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Mr. Robert M. Dow Jr.
Clerk of the U.S. District Court
United States Court House
219 South Dearborn St.
Chicago, IL
60604







THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2009

Legal Mail

7-16-10